UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____

FARHI SAEED BIN MOHAMMED,          :
et al.,                            :
                                   :
    Petitioners,                :
                                   :
    v.                          :        Civil Action No. 05-1347 (GK)
                                   :
BARACK H. OBAMA, et al.,           :
                                   :
    Respondents.                :
_____:

## ORDER

A Status Conference was held in this case on June 11, 2009, which was closed due to discussion of classified information. Upon consideration of Petitioner's Motion for 30-Day Notice [Dkt. No. 191] and Emergency Motion Challenging Protected Information Designation [Dkt. No. 192], the representations of the parties, and the entire record herein, it is hereby

**ORDERED**, that Petitioner's Motion for 30-Day Notice is **denied.** See Kiyemba v. Obama, 561 F.3d 509, 515 (D.C. Cir. 2009) ("[T]he requirement that the Government provide pre-transfer notice interferes with the Executive's ability to conduct the sensitive diplomatic negotiations required to arrange safe transfers for detainees."); and it is further

**ORDERED**, that Petitioner's Emergency Motion is **denied without prejudice**; and it is further

**ORDERED**, that parties shall report on the status of the case by **July 13, 2009, at 5:00 p.m.**; and it is further

**ORDERED,** that the Government's oral Motion for Stay is **granted.** The case is stayed until **July 14, 2009;** and it is further

**ORDERED,** that a Status Conference shall be held on **July 14, 2009, at 10 a.m.**

|  |  |
|---|---|
| | /s/ |
| June 11, 2009 | Gladys Kessler |
| | United States District Judge |

Copies to: Attorneys of Record via ECF